```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ALMA FAYE COUSIN,                       :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :     CIVIL ACTION 11-0071-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                          :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Alma Faye Cousin and against Defendant Michael J. Astrue.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $901.45.

DONE this 15th day of December, 2011.

                                                  s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE